■ In the Matter of the Arbitration between ST. PAUL FIRE & MARINE INSURANCE COMPANY, Appellant, and STEPHEN AROESTY, Respondent. [623 NYS2d 102] —Order, Supreme Court, New York County (Alfred Toker, J.), entered June 23, 1993, after a nonjury trial, which *inter alia,* denied petitioner insurer's application to stay arbitration of an respondent insured's uninsured motorist claim and directed the parties to proceed to arbitration, unanimously affirmed, with costs.

The police report, MV 104 form and paid $200 repair bill that respondent submitted were sufficient to establish both his prompt reporting of the accident to the police and physical contact between the two vehicles, and, respondent's equivocal testimony notwithstanding, we find no basis to disturb the trial court's factual determinations. Concur—Ellerin, J. P., Kupferman, Asch, Nardelli and Williams, JJ.

■ In the Matter of OMNIUM TRANSPORTATION Co., Petitioner, v EDWARD J. GREENFIELD, Respondent. [623 NYS2d 103] —Application for a writ of prohibition granted to the extent of directing that the matter be assigned to another Justice and the cross-motions denied, without costs and without disbursements. No Opinion. Concur—Kupferman, J. P., Asch, Nardelli and Williams, JJ.